UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER D. ADAMS AND
KIMBERLY RENE ADAMS

CIVIL ACTION

VERSUS

NO. 24-347-JWD-SDJ

MID AMERICA
MORTGAGE INC., ET AL.

## OPINION

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated March 7, 2025 (Doc. 21), to which no objection was filed,

**IT IS ORDERED** Defendants' Motions to Dismiss (Docs. 7 and 18) are GRANTED, and Plaintiffs' claims are DISMISSED for failure to state a claim upon which relief may be granted per Fed. R. Civ. P. 12(b)(6).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 25, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**